IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.   CRIIMINAL NO. 2:11-cr-33-KS-MTP

DREW LEE PAQUIN

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

THIS CAUSE IS BEFORE THE COURT on Motion for Early Termination of Supervised Release [4] filed by Drew L. Paquin (Movant). In his Motion Movant requests that his term of Probation or Supervised Release be terminated early, and he gives as his reasons the following, "I am in a stalemate at my job until I am able to travel freely out of the southern district of MS. Because of this I have had some financial struggles. I would also like to travel freely and visit family and friends. I plan to use this second opportunity to better myself."

The Government has responded [5] and objects to the termination of Supervised Release. The Movant has submitted documentation to the Court which he claims establishes justification for the termination of Probation or Supervised Release. The documents submitted which are filed under seal are as follows:

1. Letter from Thomas Pough, LLC, licensed professional counselor
2. Letter from Movant establishing justification for termination.
3. Letter from the shop forman at U.S. Metal Works in Liberty Mississippi, Paquin's supervisor at work
4. Letter from mother of Drew Lee Paquin, Debra A. Cook

5. Letter from Dr. Stephen W. Boyd, uncle of Movant

6. Letter from plant manager of Movant's employer, U.S. Metal Works, Inc., Liberty Mississippi

Based on the filings and the Presentence Investigation conducted in case number CR208-00021-001 in the United States District Court for the Southern District of Georgia, Brunswick Division the Court finds that Termination of Supervised Release is not appropriate at this time. However, the Court does find that there should be a modification of Supervised Release to allow movant to travel out of the district for work purposes. The office of the United States Attorney, in its answer, stated that it did not object to a modification for work travel. See (5-2) "the Government does not oppose allowing Paquin additional travel related to his employment."

Considering all of the above, the Court finds that the Supervised Release of Movant herein should be modified as follows:

Movant shall be allowed to travel for work related purposes only, outside of the Southern District of Mississippi. The requirements are that he notify his Probation Officer of the dates and locations of the travel prior to leaving the district and that he sign a written authorization giving the Probation Officer the right to verify with Movant's employer any issues or questions relating to his out of district travel for work.

Except as to the above described modification Movant's Order of Supervised Release will remain in full force and effect.

SO ORDERED this the __25th__ day of January, 2017.

                                                    _s/Keith Starrett_
                                                UNITED STATES DISTRICT JUDGE



**RE: Drew Lee Paquin 2:11-cr-33**

LaMarca, Darren (USAMSS)  to: Starrett_Chambers@mssd.uscourts.gov   01/13/2017 10:43 AM
Cc: "Amanda_Pierce@mssp.uscourts.gov"

From: "LaMarca, Darren (USAMSS)" <Darren.LaMarca@usdoj.gov>
To: "Starrett_Chambers@mssd.uscourts.gov" <Starrett_Chambers@mssd.uscourts.gov>
Cc: "Amanda_Pierce@mssp.uscourts.gov" <Amanda_Pierce@mssp.uscourts.gov>

Thank you Judge.

No Objection from the Government.

Darren J. LaMarca
Chief, Criminal Division
Southern District of Mississippi
501 E. Court St., Suite 4.430
Jackson, MS 39201
601-973-2872
FAX (601)965-4409

"CONFIDENTIALITY NOTICE:  This communication with its contents and
attachments, if any, may contain confidential, law enforcement sensitive,
privileged attorney/client communications or work product, and is not subject
to disclosure.  It is solely for the use of the intended recipients.
Unauthorized interception, review, use or disclosure is prohibited.  If you
believe that you have received this e-mail in error, please notify the sender
immediately, and permanently delete the e-mail, any attachments, and all
copies from your computer."


-----Original Message-----
From: Debra_Jackson@MSSD.USCOURTS.GOV [mailto:Debra_Jackson@MSSD.USCOURTS.GOV
] On Behalf Of Starrett_Chambers@mssd.uscourts.gov
Sent: Thursday, January 12, 2017 4:33 PM
To: LaMarca, Darren (USAMSS) <DLaMarca@usa.doj.gov>
Cc: Amanda_Pierce@mssp.uscourts.gov
Subject: Drew Lee Paquin 2:11-cr-33


Dear Darren:

Attached is the proposed order in the Paquin case. Please take a look at this
and see if you have any objections or suggestions in the way it is drafted.



        (See attached file: Paquin, Drew
Order Modifying Supervised Release 1-12-17.docx)

Very truly yours,



Keith Starrett