IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


UNITED STATES OF AMERICA


VS.                                      CRIMINAL NO. 2:11-cr-33-KS-MTP


DREW L. PAQUIN


<u>ORDER</u>

Drew Lee Paquin, Defendant herein, filed a Motion for Early Termination of Probation or Supervised Release Term [4].  The original motion which was filed January 5, 2017, was responded to by the Government [5].  Following consideration by the Court and conference with the supervising probation officer, the Court granted a modification of supervised release of Drew Paquin [6].

Mr. Paquin reurges ore tenus his motion for early termination.  The Court has conferred with his supervising probation officer Ms. Amanda Pierce and with Mr. Darren LaMarca, the Assistant United States Attorney representing the Government in its response.  Ms. Pierce informed the Court that Mr. Paquin had passed "with flying colors" his seventh polygraph examination and that since jurisdiction was transferred to this district that he has passed seven years of polygraph examinations. Ms. Pierce also reported to the Court that Mr. Paquin was compliant with his supervision and that while she did not recommend it because of department policy, she did not object to his termination.  Mr. LaMarca related that the Government objected

to any further modification and to discharge for the same reasons previously stated in its Response [5].

The Court has considered the conduct of the Movant as reported by the probation officer and the documentary evidence that has been previously submitted to this Court. The Court also notes the Objection by the Government and the reasons therefor. However the Court finds that an extended period of compliance with supervised release demonstrates to this Court that Mr. Paquin has earned the confidence of his probation officer, his counselor and others, and the Court finds that the ore tenus motion to terminate supervision should be GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED that Drew L. Paquin be, and he is, hereby TERMINATED from Supervised Release effective immediately,

SO ORDERED this the __14th____ day of September, 2018.


_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE